IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

**BRIAN MOORE,**

    Plaintiff,

v.                                            Case No.  2:2023-cv-01965

**WINDSOR PARK ESTATES RENTON, LLC,**

    **Defendant.**

STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this June 24, 2024.

By: _____
    Peter Barnett, Esq.
    Counsel for Plaintiff
    State Bar No.: 50945
    Law Office of Peter Barnett PLLC
    13458 94th PL NE
    Kirkland WA 98034
    Telephone: 425-298-3922
    Email: peter@peterbarnettlaw.com

By: ___*s/Adam Asher*_____
    Adam Asher, WSBA #35517
    Counsel for Defendant
    Socius Law Group PLLC
    600 University St., Suite 2510
    Seattle, WA 98101
    Telephone:  206.838.9110

Email: aasher@sociuslaw.com